IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 18 2014

TIM RHODES
COURT CLERK

| | |
|---|---|
| TINA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2014- |
| ) | |
| FUTURA NORTH AMERICA, INC., a ) | |
| foreign corporation, and FUTURA S.P.A, ) | |
| a foreign public corporation, ) | |
| ) | |
| Defendants. ) | |

CJ - 2014 - 3476

### PETITION

COMES NOW the Plaintiff and her cause of action against the Defendants, alleges and states as follows:

1. That the Plaintiff Tina White is a resident of Oklahoma County, Oklahoma; that the accident in question occurred in Oklahoma County, Oklahoma; that the Defendants are foreign corporations; that the District Court of Oklahoma County has jurisdiction over the subject matter of the parties hereto.

2. Plaintiff further alleges that on or about July 1, 2012 she was employed by Clearwater Paper Corporation and all times relevant hereto was acting in the course and scope of her employment with Clearwater; that as she was performing her job duties, her hand became entangled in the machine manufactured, designed and set up by the Defendants, Futura North America, Inc. and/or Futura S.P.A.

3. Plaintiff further alleges that the accident in question was caused as a result of the Defendants Futura North America, Inc. and/or Futura, S.P.A.'s failure to properly design, manufacture and warn of the dangers inherent with the use of the product in question.

4.  Plaintiff further alleges that as a direct and proximate result of the acts of the Defendants Futura North America, Inc. and/or Futura S.P.A., that she has incurred medical expenses, will incur future medical expenses, suffers excruciating physical and mental pain and permanent disability.

5.  Plaintiff further alleges that the product in question was sold to Clearwater Paper Corporation directly by Futura North America, Inc. and/or Futura S.P.A.

WHEREFORE, premises considered, Plaintiff prays for judgment against these Defendants for an amount in excess of $75,000.00; for court costs incurred herein; and for such other relief deemed just and proper by this Court.

>Respectfully submitted,
>BEELER, WALSH & WALSH, P.L.L.C.
>
>*(signature)*
>
>Micky Walsh, OBA No. 9327
>Derek S. Franseen, OBA 30557
>4508 N. Classen Boulevard
>Oklahoma City, OK 73118
>Telephone: (405) 843-7600
>Facsimile: (405) 606-7050
>Email: dwear@beelerwalshwalsh.com
>
>and
>
>Monty L. Cain, OBA No. 15891
>Cain Law Office
>P.O. Box 892098
>Oklahoma City, OK 73189
>Telephone: (405) 632-6668
>Facsimile: (405) 632-3036
>Email: mlcain@fosheeyaffe.com

JURY TRIAL DEMANDED

ATTORNEYS' LIEN CLAIMED